**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132  F: (212) 335-0571

February 5, 2025

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
500 Pearl Street
New York, New York 10007-1312

      Re:    *Bryan Scott v. City of New York, et al.,* 24 CV 4894 (PKC)

Your Honor:

      I represent the plaintiff in the above-referenced civil rights action. I write jointly with defense counsel to request that the initial pretrial conference currently scheduled for February 7, 2025 be adjourned to date and time that is convenient for the Court after the parties have exhausted the activities required under the Court's Section 1983 Plan.

      As the Court may recall, this case was designated for participation in Local Rule ("LCR") 83.10. On January 15, 2025, a mediator was assigned, and the parties have set up a preliminary call with the mediator pending their completion of the various LCR 83.10 milestones. Given the foregoing, the parties request that the initial pretrial conference be rescheduled to a date in May or June or that is otherwise convenient for the Court after the parties have exhausted their compliance with LCR 83.10.

      Even if, *arguendo,* the Court were inclined to proceed with the initial pretrial conference, we nonetheless request an adjournment for at least 2-3 weeks as Ms. Zhang is unavailable this week and potentially next week due to a medical issue per her supervisor, Ms. Weng, who is cc'd on this request.

      Thank you for your consideration.

                                                      Respectfully,

                                                    *Brett Klein*

                                                    Brett H. Klein

cc:    ACC Yini Zhang (by ECF)
        ACC Jenny Weng (by email: jweng@law.nyc.gov)

**Initial conference is adjourned from February 7, 2025 to April 11, 2025 at 10:00 a.m. Call-In: 855-244-8681, Access Code: 2305 810 3970#.**

                                                    *P. Kevin Castel*
                                                    P. Kevin Castel
                                               United States District Judge   2/6/2025