**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

May 21, 2025

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
500 Pearl Street
New York, New York 10007-1312

    Re:    *Bryan Scott v. City of New York, et al.,* 24 CV 4894 (PKC)

Your Honor:

    I represent the plaintiff in the above-referenced civil rights action. I write jointly with defense counsel to request that the initial pretrial conference currently scheduled for May 30, 2025 be adjourned to a date and time that is convenient for the Court in August 2025, to allow the parties to exhaust the activities required under the Court's Section 1983 Plan.

    This case was designated for participation in Local Rule 83.10. On January 15, 2025, a mediator was assigned, and the parties subsequently held a preliminary call with the mediator, at which a mediation was scheduled for May 21, 2025. At the request of the parties, the mediation was recently adjourned to July 25, 2025 because the parties have encountered difficulties in accessing certain medical records, which are necessary for meaningful settlement discussions. Given the adjournment of the mediation, the parties request that the Court also adjourn the initial conference and related deadlines, to allow the parties to first exhaust their mediation efforts prior to proceeding with the initial pretrial conference.

    Thank you for your consideration.

                                            Respectfully,

                                            Brett H. Klein

cc:    ACC Yini Zhang (by ECF)

> **Initial conference is adjourned from May 30, 2025 to September 3, 2025 at 2:30 p.m. Call-In: 855-244-8681, Access Code: 2305 810 3970#.**
> **SO ORDERED.**
> **Dated: 5/22/2025**

                                            P. Kevin Castel
                                      United States District Judge