

**Muriel Goode-Trufant**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK , NEW YORK 10007

Yini Zhang
Senior Counsel
yinzhan@law.nyc.gov
Phone: (212) 356-3541

August 28, 2025

*Initial conference is adjourned from September 3, 2025 to September 26, 2025 at 12:30 p.m.  Call-In: 855-244-8681; Access Code: 2305 810 3970#.*
*SO ORDERED.*
*Dated:  8/29/2025*

*P. Kevin Castel*
*United States District Judge*

**BY ECF**
Judge P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Bryan Scott v. The City of New York, et. al.,
     24-CV-04894 (PKC)

Your Honor:

I represent defendant the City of New York (the "City) in the above-referenced matter. In that capacity, I write jointly with plaintiff's counsel, Lissa S. Green-Stark, Esq., to respectfully request an adjournment of the initial conference scheduled for September 3, 2025 at 2:30 P.M. This is the parties' second request for an adjournment of the initial conference.

At the request of the parties, the previously scheduled mediation was adjourned to September 18, 2025 because the parties encountered difficulties obtaining certain medical records, which are necessary for meaningful settlement discussions. Given the adjournment of the mediation, the parties request that the Court also adjourn the initial conference and related deadlines, to allow the parties to first exhaust their mediation efforts. Should the Court be inclined to grant the within request, the parties have conferred and propose, with the Court's schedule allowing, September 23, 2025 through September 26, 2025; October 1, 2025; and October 2, 2025.

Thank you for your consideration herein.

                                                Respectfully submitted,

                                                /s/ *Yini Zhang*

                                                Yini Zhang
                                                Senior Counsel
                                                Special Federal Litigation Division

cc:    Lissa S. Green-Stark, Esq. (By ECF)
        *Attorney for Plaintiff*