

| | | |
|---|---|---|
| **Muriel Goode-Trufant**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | Yini Zhang<br>Senior Counsel<br>yinzhan@law.nyc.gov<br>Phone: (212) 356-3541 |

September 24, 2025

**Initial conference is adjourned from September 26, 2025 to October 20, 2025 at 12:00 p.m. Call-In: 855-244-8681; Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 9/24/2025**

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

**BY ECF**
Judge P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Bryan Scott v. The City of New York, et. al.</u>,
24-CV-04894 (PKC)

Your Honor:

    I represent defendant the City of New York (the "City) in the above-referenced matter. In that capacity, I write jointly with plaintiff's counsel, Lissa S. Green-Stark, Esq., to respectfully request an adjournment of the initial conference scheduled for September 26, 2025 at 12:30 P.M. This is the parties' third request for an adjournment of the initial conference.

    The scheduled mediation was held September 18, 2025, after which the assigned mediator made a recommendation. The parties have until October 2, 2025 to respond. Thus, the parties respectfully request that the Court adjourn the initial conference and related deadlines to allow the parties to first exhaust their mediation efforts.

    Thank you for your consideration herein.

Respectfully submitted,

/s/ *Yini Zhang*

Yini Zhang
Senior Counsel
Special Federal Litigation Division

cc: Lissa S. Green-Stark, Esq. (By ECF)
    *Attorney for Plaintiff*