UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN SCOTT,

            Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/29/26__

24-CV-4894 (PKC) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

<u>Early Settlement</u>

1.    The Court notes that an initial case management conference was held before Judge Castel on January 16, 2026, and that a discovery schedule has been issued. (Dkt. 42). That schedule indicates that the parties have requested a settlement conference before Judge Moses within 75 days of the initial case management conference. *Id*. ¶ 10(b)-(c). Accordingly, if and when the parties believe that a judicially supervised settlement conference would be productive, they may request such a conference by letter. Before submitting such a letter, the parties may inquire as to the Court's availability by contacting the Courtroom Deputy at 212-805-0228.

2.    Judge Moses will conduct a status conference on **June 17, 2026**, at **11:00 a.m**. No later than **June 10, 2026**, the parties must submit a joint status letter outlining the progress of

discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

General Pretrial Management

3.      Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. It is this Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless the Court determines that more formal briefing is required. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery will be denied as untimely.

4.      For motions other than discovery motions, pre-motion conferences are not required, but may be requested where counsel believe that an informal conference with the Court may obviate the need for a motion or narrow the issues.

5.      Requests to adjourn a court conference or other court proceeding (including a telephonic court conference), or to extend a deadline, must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

6.      In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

Dated: New York, New York                 SO ORDERED.
      January 29, 2026

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2