

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  06/12/26

June 10, 2026

**BY ECF**

Hon. Barbara C. Moses
United States Magistrate Judge
500 Pearl Street
New York, New York 10007-1312

# MEMO ENDORSED

Re:     *Bryan Scott v. City of New York, et al.*, 24 CV 4894 (PKC)

Your Honor:

I represent the plaintiff in the above-referenced civil rights action. I write jointly with Senior Counsel Jenny Weng to request an enlargement of time to complete discovery, and a corresponding adjournment of the status conference scheduled for June 17, 2026, at 11:00 a.m. to a date and time that is convenient for the Court, or that it otherwise be adjourned *sine die* pending a further status report by the parties. There are a number of reasons for this request, which is the first such request by the parties.

As an initial matter, the parties are proceeding cooperatively and have no disputes necessitating judicial intervention.

The parties require additional time to complete paper discovery and depositions as the assigned Assistant Corporation Counsel, Yini Zhang, has been out on extended medical leave since mid-March. While it was anticipated that Ms. Zhang would return in time for the parties to complete discovery, her leave has been longer than initially predicted. Notwithstanding, I have been in frequent contact with Ms. Weng, who is Ms. Zheng's supervisor, and in recent weeks the parties have engaged in productive high level settlement discussions. The parties contemplate that they will know whether this case can be resolved or if a settlement conference would be helpful by June 19, 2026.  Should settlement not be achievable, the parties contemplate that an enlargement of time to complete fact discovery from June 19, 2026, to October 19, 2026, would be realistic under all of the circumstances, including summer litigation commitments, vacation schedules, and that I have a jury trial in late September before Judge Furman.

Thank you for your consideration.

Respectfully,

Brett H. Klein

cc:     Jenny Weng (by email)
        Yini Zhang (by ECF)

Application GRANTED to the extent that:

1. The deadline for completing fact discovery, including depositions, is EXTENDED to **October 19, 2026**. The deadline for completing expert discovery is EXTENDED to **December 3, 2026** (45 days after the completion of fact discovery, in accordance with the Civil Case Management Plan and Scheduling Order (Scheduling Order) (Dkt. 42)).

2. The status conference currently scheduled for June 17, 2026 at 11:00 a.m. is ADJOURNED to **October 5, 2026** at **10:00 a.m.**

3. The parties must submit a joint status letter to the Court no later than **June 26, 2026**, advising the Court whether they believe a judicially-supervised settlement conference would be productive, and providing any additional updates the parties believe would be beneficial for the Court to be made aware of.

4. Except as modified above, all provisions of the Scheduling Order and this Court's Order Regarding General Pretrial Management (Dkt. 44) remain in effect.

The Clerk of Court is respectfully directed to close the motion at Dkt. 45.

SO ORDERED.

Barbara Moses
United States Magistrate Judge
June 12, 2026

2