USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 08/10/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN SCOTT,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

24-CV-4894 (PKC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has been advised that plaintiff Bryan Scott has passed away. Pursuant to Fed. R. Civ. P. 25(a)(1), any party or their attorney may file a suggestion of death upon the record, thereby triggering the 90-day period within which a motion for substitution must be made.

Dated: New York, New York
August 10, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**